**Dismiss and Opinion Filed August 21, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-23-00584-CV**

**IN THE MATTER OF O.A.A.**

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-04847-2022**

## MEMORANDUM OPINION

Before Justices Nowell, Goldstein, and Breedlove
Opinion by Justice Nowell

The filing fee, docketing statement, and clerk's record in this case have not been filed. By postcard June 13, 2023, we notified appellant the $205 filing fee was due. We directed appellant to remit the filing fee within ten days and expressly cautioned appellant that failure to do so would result in dismissal of the appeal. Also by postcard dated June 13, 2023, we informed appellant the docketing statement was due and directed appellant to file the docketing statement within ten days. By letter dated July 10, 2023, we informed appellant the clerk's record had not been filed because appellant had not paid for the clerk's record. We directed appellant to provide, within ten days, verification he (1) had either paid for or made arrangements

to pay for the clerk's record, or (2) was entitled to proceed without payment of costs. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. To date, appellant has not paid the filing fee, filed the docketing statement, provided the required documentation, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).

230584f.p05

/Erin A. Nowell/
ERIN A. NOWELL
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE MATTER OF O.A.A.

No. 05-23-00584-CV

On Appeal from the 401st Judicial District Court, Collin County, Texas Trial Court Cause No. 401-04847-2022.
Opinion delivered by Justice Nowell. Justices Goldstein and Breedlove participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

Judgment entered this 21st day of August, 2023.